CHRISTINE B. O'SULLIVAN *v.* JERRYL MANISCALCO

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 919 (AC 14722), is denied.

*Robert H. Boynton,* in support of the petition.

Decided March 19, 1996

CAROLYN GEYER ET AL. *v.* PETER DANASI ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 40 Conn. App. 919 (AC 14335), is denied.

*William F. Gallagher,* in support of the petition.

*Angelo A. Ziotas,* in opposition.

Decided March 19, 1996

STATE OF CONNECTICUT *v.* KEITH LAWS

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*G. Douglas Nash,* public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided April 1, 1996